| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Niemeyer, Paul V. | 2. Court or Organization Court of Appeals - Fourth Circuit | 3. Date of Report 05/09/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

910 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner with L.A. Noonberg | Ownership ▭ for personal use |
| 2. | Visiting Instructor - Fall Semester | Duke University Law School, Durham, North Carolina |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | See Part VIII (1-3) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Entire yr. | LexisNexis Matthew Bender, Albany, New York | $6,253.33 |
| 2. Fall | Duke University, Durham, North Carolina | $4,687.50 |
| 3. Entire yr. | ISI Books, Wilmington, Delaware | $5.60 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke University Law School | 11-16 - 11/18 | Durham, North Carolina | Teaching | Some food and lodging |
| 2. | Columbia Law School | 10/4 | New York, New York | Lecture | Travel expenses |
| 3. | Notre Dame Law School | 2/23 - 2/25 | South Bend, Indiana | Moot court and teaching | Travel, food, lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. T. Rowe Price Prime Reserve | A | Interest | | | Sold | 11/01/11 | J | | |
| 2. Ray Road Assoc. (Tax shelter) | B | Rent | J | W | | | | | |
| 3. P&M Investors (Tax shelter) | D | Rent | J | W | | | | | |
| 4. Merck Corp. Stock | A | Dividend | J | T | | | | | |
| 5. T. Rowe Price Spectrum Growth | B | Dividend | M | T | Sold (part) | 11/01/11 | J | | |
| 6. Timken Co. Stock | A | Dividend | J | T | | | | | |
| 7. Northwestern Mutual Policy '877 | C | Dividend | L | T | | | | | |
| 8. Northwestern Mutual Policy '939 | C | Dividend | K | T | | | | | |
| 9. Mass. Mutual whole life policy | B | Dividend | K | T | | | | | |
| 10. T. Rowe Price Summit Cash Res. | A | Interest | J | T | Sold (part) | 02/01/11 | J | | |
| 11. (Same asset). | A | Interest | | | Sold | 11/1/11 | J | | |
| 12. T. Rowe Price Capital Apprec. | B | Dividend | M | T | | | | | |
| 13. T. Rowe Price New Income | A | Interest | | | Sold | 02/01/11 | J | | |
| 14. T. Rowe Price Spectrum Income | A | Interest | J | T | Sold (part) | 02/01/11 | K | | |
| 15. (Same asset) | A | Interest | | | Sold | 11/01/11 | K | | |
| 16. Vanguard Wellesley | B | Dividend | L | T | | | | | |
| 17. Vanguard Wellington | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Vanguard Total Stock Index | B | Dividend | L | T | | | | | |
| 19.  Vanguard Growth and Income | B | Dividend | L | T | | | | | |
| 20.  Vanguard Mid-Cap Index | A | Dividend | K | T | | | | | |
| 21.  Vanguard International Explorer | B | Dividend | K | T | | | | | |
| 22.  T. Rowe Price European Stock | A | Dividend | J | T | | | | | |
| 23.  T. Rowe Price Latin America | B | Dividend | K | T | | | | | |
| 24.  T. Rowe Price Media & Tel. | B | Dividend | K | T | | | | | |
| 25.  T. Rowe Price New Horizons | C | Dividend | K | T | | | | | |
| 26.  T. Rowe Price Real Estate | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part II. 1984, now with LexisNexis Matthew Bender, Albany, New York -- Royalty agreement with co-author Linda M. Schuett on sale of book.

2. Part II. 2006, ISI Books, Wilmington, Delaware -- Royalty agreement on sale of book.

3. Part III. Duke University, Durham, North Carolina -- Paid to teach appellate advocacy course.

4. Part VII, Nos. 2 and 3 -- These tax shelters are believed to have economic value, but I have a negative capital position in them, and their value cannot be known until the properties are sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/09/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Paul V. Niemeyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544